# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.:** CV 14-6542-R            **DATE:** July 26, 2016

**TITLE:** U.S. Commodity Futures Trading Commission v. Ralph Metters

==================================================================

**PRESENT:** **HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE**

| Ingrid Valdes | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANT:**

     Not present                                       Not present

**PROCEEDINGS:** **(IN CHAMBERS) ORDER**

      The Status Report filed by the parties on May 23, 2016 stated that the parties requested for 60 additional days to permit Defendant's attorney more time to review and approve of the consent order. More than 60 days has passed since the filing of the report. Counsel shall file a Joint Status Report on or before August 9, 2016 providing detailed information as to the status of this case.

**MINUTES FORM II**                                                                               Initials of Deputy Clerk __CCH__
**CIVIL - GEN**